# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| EDR FARMS, LLC and PTR INVESTMENTS, LLC, | |
| Plaintiffs, | CIVIL ACTION FILE NO. 7:24-cv-00029-WLS |
| v. | **DEMAND FOR JURY TRIAL** |
| PENNROSE FARMS, LLC, | |
| Defendant. | |

## STIPULATION OF EXTENSION OF TIME FOR PLAINTIFFS/COUNTERCLAIM DEFENDANTS TO FILE A RESPONSE TO DEFENDANT/COUNTERCLAIMANT'S COUNTERCLAIM

NOW COME Plaintiffs/Counterclaim Defendants EDR Farms, LLC and PTR Investments, LLC and Defendant/Counterclaimant PennRose Farms, LLC and, pursuant to Local Rule 6.1, file this stipulation granting Plaintiffs/Counterclaim Defendants through and including May 23, 2024 to answer and/or otherwise respond to Defendant/Counterclaimant's Counterclaim [Doc. 5] filed on April 18, 2024.

Respectfully submitted this 1st day of May, 2024.

| HALL BOOTH SMITH, P.C. | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ Joel L. McKie* | */s/ Michael J. King* |
| Joel L. McKie | Michael J. King *(with express permission)* |
| Georgia Bar No. 585780 | Georgia Bar No. 421160 |
| | |
| 191 Peachtree Street NE | Terminus 200, Suite 2500 |
| Suite 2900 | 333 Piedmont Road NE |
| Atlanta, GA 30303 | Atlanta, GA 30305 |
| Tel.: 404-954-5000 | Tel.: 678-553-2100 |
| jmckie@hallboothsmith.com | kingm@gtlaw.com |
| | |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

SO ORDERED this 2nd day of May, 2024.

/s/ W. Louis Sands

W. Louis Sands, Sr. Judge
United States District Court

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION OF EXTENSION OF TIME FOR PLAINTIFFS/ COUNTERCLAIM DEFENDANTS TO FILE RESPONSE TO DEFENDANT/ COUNTERCLAIMANT'S COUNTERCLAIM** upon all counsel of record by electronically filing same with the CM/ECF filing system, and that service of the following individuals will be accomplished by CM/ECF system:

>Michael J. King
>Greenberg Traurig, LLP
>Terminus 200, Suite 2500
>3333 Piedmont Road NE
>Atlanta, GA 30305
>kingm@gtlaw.com
>*Attorney for Plaintiff*

This 1st day of May, 2024.

                                              **HALL BOOTH SMITH, P.C.**

| | |
|---|---|
| 191 Peachtree Street NE | */s/ Joel L. McKie* |
| Suite 2900 | JOEL L. MCKIE |
| Atlanta, GA 30303 | Georgia Bar No. 585780 |
| 404-954-5000 / 404-954-5020 Fax | |
| jmckie@hallboothsmith.com | *Attorney for Plaintiffs* |

3