# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| EDR FARMS, LLC and PTR INVESTMENTS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PENNROSE FARMS, LLC. <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 7:24-cv-00029-WLS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

EDR Farms, LLC and PTR Investments, LLC, Plaintiffs, and PennRose Farms, LLC, Defendant, hereby dismiss this action, including all causes of action and counterclaims asserted or that could have been asserted herein, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This 22nd day of May, 2024.

| | |
|---|---|
| **HALL BOOTH SMITH, P.C.** | **GREENBERG TRAURIG, LLP** |
| /s/ *Joel L. McKie* <br> Joel L. McKie <br> Georgia Bar No. 585780 <br> 191 Peachtree Street NE <br> Suite 2900 <br> Atlanta, GA 30303 <br> 404-954-5000 / 404-954-5020 Fax <br> jmckie@hallboothsmith.com | /s/ *Michael J. King* <br> Michael J. King <br> Georgia Bar No. 421160 <br> Terminus 200, Suite 2500 <br> 3333 Piedmont Road, NE <br> Atlanta, GA 30305 <br> (678) 553-2100 <br> kingm@gtlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this 24th day of May, 2024.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** upon all counsel of record by electronically filing same with the CM/ECF filing system, and that service of the following individuals will be accomplished by CM/ECF system:

> Michael J. King
> Greenberg Traurig, LLP
> Terminus 200, Suite 2500
> 3333 Piedmont Road NE
> Atlanta, GA 30305
> kingm@gtlaw.com
> *Attorney for Plaintiff*

This 22nd day of May, 2024.

**HALL BOOTH SMITH, P.C.**

191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
404-954-5000 / 404-954-5020 Fax
jmckie@hallboothsmith.com

*/s/ Joel L. McKie*
JOEL L. MCKIE
Georgia Bar No. 585780

*Attorney for Plaintiffs*