IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EDR FARMS LLC, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 7:24-cv-29 (WLS) |
| | * |
| PENNROSE FARMS LLC, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 24, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of May, 2024.

                                                   David W. Bunt, Clerk

                                                   s/ Kathleen S. Logsdon, Deputy Clerk